THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| BAJA, INC.,<br><br>        Plaintiff,<br>  v.<br><br>AUTOMOTIVE TESTING AND DEVELOPMENT SERVICE, INC., CHONGQUIN HUANSONG INDUSTRIES (GROUP) CO., LTD, TOMOTO INDUSTRIES, INC., AND HISUN MOTORS CORP. U.S.A.,<br><br>        Defendants.<br>_____ | 8:13-cv-02057-GRA<br><br>ORDER |

      This matter is before the Court on the consent motion of Defendant Chongquin Huansong Industries (Group) Co., Ltd. ("HuanSong") and Defendant Hisun Motors Corp. U.S.A. ("Hisun") to expand the of *pro hac vice* application/motions and orders related to Stacy Williams, Esq. [DE ## 23/29] and Zunxuan ("Digger") Chen, Esq. [DE ## 27/30].

      Upon consideration of the matters presented in the Motion and the prior Applications/Affidavits for *Pro Hac Vice* Admission and accompanying Certificates of Good Standing from the Clerk of the Supreme Court of Texas [DE # 23-1, DE #27-1];

      **IT IS HEREBY ORDERED THAT:**

      The *pro hac vice* admission Orders [DE ## 29/30] of Stacy L. Williams and Zunxuan ("Digger") Chen of the firm Locke Lord, LLP, located in Houston and Dallas, Texas, respectively, are hereby extended to permit *pro hac vice* representation of Defendant Hisun in the above-captioned case as associate counsel with Keith D. Munson (Fed I.D. #6843) of Womble Carlyle Sandridge & Rice, LLP to serve as local counsel. In addition, Paragraph 16 of

1

the corresponding *pro hac vice* motions [DE ## 23/27] are hereby amended to include Hisun as a represented party.

**IT IS SO ORDERED.**

*/s/ A. Ross Anderson Jr.*

_____
Honorable G. Ross Anderson, Jr.
Senior United States District Judge

February 25, 2014

WCSR#31852785v1